In the Matter of AGOSTINO H. MONTEGRIFFO.— Motion to open proceeding and for rehearing *ab initio* before official referee denied. Order to be

App. Div.]          First Department, November, 1916.

settled on proceedings heretofore had.  Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.